1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,          )   Case No. 15CR2932-H
                                        )
12                     Plaintiff,       )
                                        )
13          v.                          )   JUDGMENT AND ORDER
                                        )   OF DISMISSAL
14   JOSHUA JONES (10),                 )
                                        )
15                     Defendant.       )
                                        )
16   _____)

17

18          Based upon the motion of the United States, the Court grants the Government's

19   motion to dismiss without prejudice the Indictment in the above entitled case against

20   Defendant Joshua Jones. The Defendant is hereby discharged and the bond is hereby

21   exonerated as to this case and as to this Defendant only.[1]

22          IT IS SO ORDERED AND ADJUDGED.

23

24          DATED:  January 8, 2019      _____

25                                        HONORABLE MARILYN L. HUFF
                                          UNITED STATES DISTRICT JUDGE
26

27   _____
     [1] If the bond was secured by a cash deposit and/or property, defense counsel must prepare an
28   order to disburse funds and/or release collateral and submit the proposed order, pursuant to General
     Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.

                                          -1-